UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEDRO PEREDA, individually and on
behalf of others similarly situated,

          Plaintiff,

  - against -

M&M GROCERY, INC., AND HAMDY ATTAL,

          Defendants.

10 Civ. 3598 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    For the reasons explained on the record at today's hearing, the Clerk's certificate of default is **vacated**, and the motion for a default judgment brought on by the order to show cause is **denied**. The plaintiff's request for attorney's fees is also **denied**. The parties are directed to report back after the conclusion of settlement discussions with the magistrate judge. The Clerk is directed to close **Docket No. 9**.

SO ORDERED.

Dated:    New York, New York
          January 14, 2011

                                    John G. Koeltl
                                United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-18-11
```